## ERWINE *v*. SCOTTEN.

APPEAL.—*Notice to Co-parties.*—Where one only of two defendants in an action appeals to the Supreme Court from the judgment rendered therein, without giving notice of the appeal to his co-defendant, the appeal will be dismissed.

APPEAL from the Wayne Common Pleas.

PETTIT, J.—This suit was brought on a promissory note by the appellee against William P. Erwine, Edwin Erwine, and William Conner. The process was returned served on William P. Erwine and William Conner, but Edwin Erwine was not found, which was noticed on the record. There was a trial had and a judgment rendered against William P. Erwine and William Conner, and William P. Erwine only prayed and took an appeal. He has not given notice to his co-defendant of the appeal, and the appeal must be dismissed. 2 G. & H. 270; *Kirby* v. *Holmes*, 6 Ind. 33; *Kain* v. *Gradon*, 6 Blackf. 138; and *Wickham* v. *Hess, ante*, p. 183.

The appeal is dismissed, at the costs of the appellant, Erwine.

*W. A. Bickle*, for appellants.

*J. Yaryan*, for appellee.